IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \| | CRIMINAL CASE NUMBER: |
| v. | \| | 1:20-CR-00252-AT-JSA |
| MICHAEL BATTLE, | \| | |

## **REPORT AND RECOMMENDATION**

Defendant has been charged with two counts of illegal firearms possession. The Defendant has previously been found incompetent to stand trial, and the Court has ordered treatment to attempt to restore Defendant's competency. *See* Order [69]. On March 16, 2023, after attempted restoration treatment, the Court convened a hearing and received the testimony of the treating psychologist, Dr. Allyson Scharf, Ph.D. Dr. Scharf opined that the Defendant remains mentally incompetent and that there is not a substantial probability that Defendant will have his competency resorted in the foreseeable future. The parties jointly concurred with this conclusion and no contrary evidence was elicited. The parties are likewise in agreement with the disposition recommended below.

Based on the evidence presented at the hearing, and the joint position of the parties, the Court **RECOMMENDS** that Defendant be declared **INCOMPETENT AND NOT RESTORABLE**, that this criminal case be **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any transport back to this District be **STAYED**, and that the Defendant remain temporarily committed and hospitalized at FMC Butner, for a period of **FOURTEEN (14) DAYS** after any Order on the issue of competency, for purposes of evaluation for potential release or continued hospitalization under the procedures of 18 U.S.C. § 4246.[1]

IT IS SO **RECOMMENDED** this 23rd day of March, 2023.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

---

[1] Dr. Scharf explained that the determination has been made that a certificate of dangerousness will be issued stating that the Defendant's release would pose a danger to the public, which if this recommendation is adopted would result in Defendant's ongoing hospitalization while a civil commitment proceeding is prosecuted in the Eastern District of North Carolina pursuant to 18 U.S.C. § 4246. The temporary 14-day stay recommended above would allow the facility the opportunity to finalize that determination and make the necessary filing.