IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL ACTION NO. |
| MICHAEL BATTLE, | : | 1:20-cr-0252-AT-RGV-1 |
| | : | |

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation [Doc. 114] that this Court declare Defendant incompetent and not restorable, and that the criminal case be dismissed without prejudice.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). The parties agree with the recommended disposition and the Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none.

Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and

Recommendation as the opinion of this Court [Doc. 114]. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **DECLARES DEFENDANT INCOMPETENT AND NOT RESTORABLE** and this action is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that Defendant's transport back to the district is **STAYED**. Defendant will remain **TEMPORARILY COMMITED** at FMC Butner for a period of **FOURTEEN (14) DAYS** for purposes of evaluation for potential release or continued hospitalization under the procedures of 18 U.S.C. §4246.

**IT IS SO ORDERED** this 10th day of April, 2023.

Amy Totenberg
United States District Judge